```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Charles Jay Wolff

    v.                                              Case No. 19-cv-146-JL

NH Department of Corrections, et al.


## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 2, 2020.

                                                      /s/ Joseph N. Laplante  
                                                      Joseph N. Laplante  
                                                      United States District Judge

Date: March 6, 2020

cc:   Charles Jay Wolff, pro se